# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 3, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to October 25, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #73. SO ORDERED.
>
> August 4, 2022

**RE:    United States v. Abdul Mumuni**
         21 Cr. 523 (JMF)

Dear Judge Furman:

    With the Government's consent, I respectfully request a 60-day adjournment of Abdul Mumuni's sentencing proceeding in the above-captioned case, which is currently scheduled for August 17, 2022. Since the last adjournment request, the defense has made progress on its efforts to gather materials in mitigation on Mr. Mumuni's behalf pertinent to the Court's 18 U.S.C. § 3553(a) analysis, but we require additional time to gather information from friends and family, a process complicated by various language barriers. The defense has also recently been able to match Mr. Mumuni with a permanent social worker at the Federal Defenders who is working with Mr. Mumuni to address his mental health needs and other aspects of Mr. Mumuni's housing and employment situation that further bear on the Court's application of the Section 3553(a) factors.

    This is the defense's second request for an adjournment of Mr. Mumuni's sentencing hearing. The Government, via AUSA Jane Chong, consents to this application and I thank you for considering it.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

Counsel for Abdul Mumuni

Cc:    AUSA Jane Chong
       AUSA Kevin B. Mead