# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**Southern District**

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 11, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOURNED to January 5, 2023, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #97. SO ORDERED.

*[signature]*

October 12, 2022

**RE:   United States v. Abdul Mumuni**
      **21 Cr. 523 (JMF)**

Dear Judge Furman:

    I write to request a 60-day adjournment of Abdul Mumuni's sentencing proceeding, which is scheduled for October 25, 2022. The Government consents to this application. An adjournment is necessary to avoid a conflict with co-defendant Shatir Tawfiq's trial, and to also avoid a conflict with my trial obligations in <u>United States v. Sayfullo Saipov</u>, 17 Cr. 722 (VSB), which began today. Further, and since the last adjournment request, the Government has produced substantial Rule 16 discovery. The defense requires additional time to review the discovery and determine the extent to which it bears on Mr. Mumuni's comparative culpability in the overall scheme and the Court's consideration of Mr. Mumuni's background, character, record, and the offense. <u>See</u> 18 U.S.C. § 3553(a).

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Abdul Mumuni

Cc:   AUSA Jane Chong
      AUSA Kevin B. Mead