**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 7, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOURNED to April 3, 2023, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #144.

SO ORDERED.

March 8 ,2023

**RE:   United States v. Abdul Mumuni**
         **21 Cr. 523 (JMF)**

Dear Judge Furman:

On December 15, 2022, the Court granted the defense's unopposed request for a "final 75-day adjournment of Abdul Mumuni's sentencing proceeding," which was previously scheduled for January 5, 2023, in light of undersigned counsel's trial obligations in United States v. Saipov, 17 Cr. 722 (VSB). The defense is grateful for the Court's extension of Mr. Mumuni's sentencing proceeding to March 21, 2023.

I write now to request a short, two-week extension of Mr. Mumuni's sentencing hearing, from March 21, 2023, to April 8, 9, or 10, 2023. Trial in U.S. v. Saipov concluded today with closing arguments, and my obligations in that matter have prevented me from preparing an adequate sentencing submission on Mr. Mumuni's behalf in time for a March 21, 2023, proceeding. Further, I have not been able to meaningfully meet with Mr. Mumuni for the duration of Mr. Saipov's trial, and require additional time to meet with Mr. Mumuni and prepare for sentencing.

I have conferred with AUSA Jane Chong, and understand that the government consents to this request. I am grateful for the Court's patience and understanding, and also for its consideration of this application despite my assurances last December.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Jane Chong
         AUSA Kevin B. Mead