**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 10, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #158. SO ORDERED

May 10, 2023

Re:   **United States v. Abdul Mumuni,
       21 Cr. 523 (JMF)**

Dear Judge Furman:

I write to respectfully request that the Court extend Abdul Mumuni's surrender date by one month, from May 16, 2023, at 2:00 p.m., to June 16, 2023, at 2:00 p.m. The government does not object to this application. The parties are still awaiting Mr. Mumuni's designation to a BOP facility and Mr. Mumuni requires additional time to get his affairs in order before beginning his term of imprisonment, including arranging adequate childcare through family and family friends for his seven-year-old daughter.

I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc:   AUSA Jane Chong
      AUSA Kevin Mead