# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 13, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

*Application GRANTED. The Government shall promptly contact the BOP to ensure that a designation is made forthwith. The Clerk of Court is directed to terminate Doc. #162.*

*SO ORDERED.*

*June 13, 2023*

Re:   **United States v. Abdul Mumuni,
21 Cr. 523 (JMF)**

Dear Judge Furman:

I write to respectfully request that the Court extend Abdul Mumuni's surrender date by another month, from June 16, 2023, at 2:00 p.m., to July 16, 2023, at 2:00 p.m. The government consents to this application.

The extension is warranted for two reasons. First, the parties have still not received Mr. Mumuni's designation to a BOP facility. Second, Mr. Mumuni is finalizing arrangements with his niece to have guardianship over his daughter during his imprisonment, a process that includes finalizing paperwork for his daughter's enrollment in a new school. Mr. Mumuni requires additional time to see that guardianship and enrollment process through and to facilitate his daughter's relocation.

I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc:   AUSA Jane Chong
AUSA Kevin Mead