**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

August 8, 2023

**By Email & ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #168 and 169.*

*SO ORDERED.*

*[signature]*

*August 8, 2023*

Re: **United States v. Abdul Mumuni,**
     **21 Cr. 523 (JMF)**

Dear Judge Furman:

On July 15, 2023, the Court granted a joint application to extend Abdul Mumuni's surrender date to August 7, 2023, at 2:00 p.m. to afford adequate time for Mr. Mumuni's designation. Earlier today, at approximately 2:42 p.m., the defense was notified by email that Mr. Mumuni was designated to Fort Dix Correctional Institution.

With the consent of the Government and Pre-Trial Services, via AUSA Jane Chong and Officer Christina Venable (who has maintained direct contact with Mr. Mumuni), and in light of the fact that the defense learned of Mr. Mumuni's designation this afternoon, I respectfully request that the Court extend Abdul Mumuni's surrender to FCI Fort Dix by three days <u>nunc pro tunc</u>, to 2:00 p.m. on Thursday, August 10, 2023.

I thank the Court for its consideration of this application.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc:   AUSA Jane Chong
      Officer Christina Venable