# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2024

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

As there is no objection from the Government and Pre-Trial Services, the application is hereby GRANTED. The Clerk of Court is directed to terminate Doc. #214.

SO ORDERED.

*[signature]*

September 5, 2024

**RE:** *United States v. Abdul Mumuni*
**21 Cr. 523 (JMF)**

Dear Judge Furman,

    I to respectfully request that the Court authorize Pre-Trial Services to return to Mr. Mumuni his expired U.S. passport. Mr. Mumuni is currently on supervised (and doing well), and he wishes to renew his U.S. Passport for future travel and identification purposes. Mr. Mumuni requires his expired passport to submit a renewal application.

    I thank the Court for its time and consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Jane Chong